ALEXANDER M. DUDELSON, ESQ. (AD4809)
26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100
Email: adesq@aol.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CISERO K. MURPHY, JR.,

                Plaintiff,

   -against-

AMATO PHARMACY CARE, INC., SPECIALTY TOTAL CARE PHARMACY, INC., TOTAL CARE PHARMACY, and LEE SEMENTILLI,

                Defendants.
---------------------------------------------------------------X

Case No.: 20-cv-2388 (HG) (JRC)

## PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS

Plaintiff, CISERO K. MURPHY, JR., by and through his attorney ALEXANDER M. DUDELSON, ESQ., hereby Reply's to Defendant's counterclaim in the above entitled action as follows:

1. Denies the allegations contained in paragraph 46 of the answer and counterclaim, entitled Counterclaim 1.

2. Denies the allegations contained in paragraph 47 of the answer and counterclaim, entitled Counterclaim 2.

3. Denies the allegations contained in paragraph 48 of answer and counterclaim entitled Counterclaim 3.

      4.      Denies the allegations contained in paragraph 49 of answer and counterclaim entitled Counterclaim 4.

      5.      Denies the allegations contained in paragraph 50 of answer and counterclaim entitled Counterclaim 5.

      6.      Denies the allegations contained in paragraph 51 of answer and counterclaim entitled Counterclaim 6.

      7.      Denies the allegations contained in paragraph 52 of answer and counterclaim entitled Counterclaim 7.

      8.      Denies the allegations contained in paragraph 53 of answer and counterclaim entitled Counterclaim 8.

WHEREFORE it is respectfully requested that this Court:

      a.      Dismiss the counterclaims with prejudice; and

      b.      For such other, further and different relief that this Court deems just and proper.

Dated: Brooklyn, New York
       June 8, 2022

                             /s/ *Alexander Dudelson*
                             ALEXANDER M. DUDELSON, ESQ. (AD4809)
                             *Attorney for Plaintiff*
                             26 Court Street - Suite 2306
                             Brooklyn, New York 11242
                             (718) 855-5100

To:

Tyriek A. Murphy, *pro se*
78 Hancock Street
Brooklyn, New York 11216

AFFIRMATION OF SERVICE

      ALEXANDER M. DUDELSON, an attorney admitted to practice law in this State, affirms under the penalties of perjury that he is not a party hereto, is over the age of 18 years; has an office at 26 Court Street - Suite 2306, Brooklyn, New York 11242; and on June 8, 2022, served the within PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS to all parties appearing herein, by mailing a true copy thereof to them at the addresses below in a sealed, postpaid, properly addresses envelope, by first class mail, via an official depository under the exclusive care of the United State Post Office within New York State:

Tyriek A. Murphy, *pro se*
78 Hancock Street
Brooklyn, New York 11216

Dated: Brooklyn, New York
          June 8, 2022

                                                /s/ *Alexander Dudelson*
                                                  Alexander M. Dudelson