UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CISERO MURPHY JR.,                              Case No.: 20-cv-02388 (JRC)

                    Plaintiff,

    -against-

TYRIEK A. MURPHY,

                    Defendant.
-------------------------------------------------------------X

## LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS

1.    Cisero Murphy Sr., died intestate, leaving a spouse, Lillian Murphy, and four children, Cisero K. Murphy, Jr., Terry Murphy, Angie Murphy and Akee Murphy.  (Exhibit "P," page 31-32).

2.    Letters of Administration in the Estate of Cisero Murphy, Sr. were granted to Lillian Murphy.  (Exhibit "P, page 34).

3.    Tyriek Murphy is Cisero K. Murphy, Jr.'s son.  (Exhibit "P," page 31).

4.    Plaintiff Cisero Murphy published the work Big City Knights, The Biography of: Cisero "Sonny" Murphy, A World Class Champion by Cisero K. Murphy, Jr.  (Exhibit "D").

5.    Plaintiff Cisero Murphy obtained Copyright Registration No. TXu002053010 for the Printed Copyrighted Work, Big City Knights, The Biography of: Cisero "Sonny" Murphy, A World Class Champion, issued on June 15, 2017.  (Exhibit "E").

6.    Plaintiff Cisero Murphy obtained Copyright Registration No. TXu002053010 for the Electronic Copyrighted Work, Big City Knights, The Biography of: Cisero "Sonny" Murphy, A World Class Champion, issued on July 3, 2017.  (Exhibit "F").

7. Tyriek Murphy published the work Big City Nights: The Biography of the Legendary Cisero Murphy, by Tyriek A. Murphy, MPA. (Exhibit "G").

8. Tyriek Murphy obtained Copyright Registration No. TXu002130697 for the Electronic Copyrighted Work, Big City Nights: The Autobiography of the Legendary Cisero Murphy, issued on January 19, 2017. (Exhibit "H").

9. Cisero Murphy is in possession of a handwritten manuscript of Big City Knights, The Biography of: Cisero "Sonny" Murphy, A World Class Champion, which was written in his own hand. (Exhibit "V").

10. The handwritten manuscript of the Cisero Murphy, Sr. biography is 140 pages. (Exhibit "V").

11. Throughout the manuscript are Tyriek Murphy's handwritten edits or the word "Done," which appear on 124 pages of Cisero K. Murphy, Jr.'s handwritten work. (Exhibit "V") (Exhibit "P," 111-115).

12. The word "Done" indicated that Tyriek Murphy had reviewed the page and that it was fully edited. (Exhibit "P," 111).

13. On June 25, 2016, plaintiff Cisero K. Murphy, Jr., sent defendant Tyriek Murphy a text message of a picture of a handwritten page of the manuscript. (Exhibit "DD," page 18-20), which stated as follows:

> Later that evening, when Cisero finish working on the farm, when Harriette entered the bedroom, Cisero immediate noticed his wife was in a jublant state of being, he smiled and asked her: "What have you so excited honey?" Harriette, told him about her conversation she had with his mother. Cisero was very pleased to hear what his mother tole his wife. All he could say was: "She is an amazing person." In which, Harriette totally agreed.

14. In response to plaintiff Cisero K. Murphy, Jr.'s June 25, 2016 edit, Tyriek Murphy a text message of a picture of a handwritten page of the manuscript. (Exhibit "DD," page 18-20), which stated as follows:

> Later that evening, when Cisero finish working on the farm, when Harriette entered the bedroom, Cisero immediate noticed his wife was in a jublant state of being, he smiled and asked her: "What have you so excited honey?" Harriette, told him about her conversation she had with his mother. Cisero was very pleased to hear what his mother tole his wife. All he could say was: "She is an amazing person." In which, Harriette totally agreed.

15. Tyriek Murphy's typed edit from the June 25, 2016 text message appears on page 16 (Labeled G) of the manuscript and is further edited in Tyriek Murphy's hand. (Exhibit "V").

16. Tyriek Murphy's typed edit from the June 25, 2016 appears in each of the published works on Exhibit "D" page 15 and Exhibit "G" page 9-10.

17. Approximately five months after the June 25, 2016 edit, Tyriek Murphy sent the following text to Cisero K. Murphy, Jr.: "Morning! When you come to the block, bring the pages you finished so I can edit." (Exhibit "II," page 73)

18. Throughout their text messages, Tyriek Murphy asks Cisero K. Murphy, Jr. about the progress on the book and when the book will be finished. (Exhibit "DD" pages 13, 14, 21 and 24) (Exhibit "II" page 82).

19. Janique S. Kearse personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "J").

20. When Janique S. Kearse witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one

was dictating to him. (Exhibit "J").

21. Tyriek Murphy specifically advised Janique S. Kearse that his role with the biography was proofreading, editing, and digitizing Cisero K. Murphy, Jr.'s handwritten manuscript of the biography. (Exhibit "J").

22. Tyriek Murphy advised Janique S. Kearse, that Cisero K. Murphy and Tyriek Murphy, had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "J").

23. Tyriek Murphy advised Ron Meyers, Esq., attorney for the Estate of Cisero Murphy, Sr., that Cristalee Kearse, his grandmother's sister, provided him with information for <u>Big City Nights: The Biography of the Legendary Cisero Murphy</u>, by Tyriek A. Murphy, MPA. (Exhibit "EE").

24. Cristsalee Kearse was interviewed twice by Cisero K. Murphy, Jr., twice for his biography of Cisero Murphy, Sr., which had a working title of Big City Nights. (Exhibit "K").

25. Tyriek Murphy was not present for either Cristsalee Kearse's interviews for Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr. (Exhibit "K").

26. Cristsalee Kearse has only met Tyriek Murphy one time, and she only exchanged a greeting with Tyriek Murphy. (Exhibit "K").

27. Any release that Cristsalee Kearse signed in connection with the biography was intended to be for Cisero K. Murphy, Jr. (Exhibit "K").

28. Cisero K. Murphy spoke to Cristsalee Kearse about writing the Cisero Murphy, Sr. Biography starting in 2013. (Exhibit "K").

29. Brenda Amat personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights.  (Exhibit "L").

30. When Brenda Amat witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him.  (Exhibit "L").

31. Brenda Amat assisted Murphy Enterprise Solutions, LLC with its social media accounts and posts for the purposes of promoting Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr.  (Exhibit "L").

32. Throughout their work together, Tyriek Murphy specifically advised Brenda Amat that his role with the Cisero Murphy, Sr. biography was proofreading and editing Cisero K. Murphy's handwritten manuscript. (Exhibit "L").

33. Louisa Holder personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights.  (Exhibit "N").

34. When Louisa Holder witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him.  (Exhibit "N").

35. As Cisero K. Murphy, Jr. wrote the biography of Cisero Murphy, Sr., Louisa Holder would read portions of the manuscript and would provide Cisero K. Murphy, Jr. with her opinion as to whether the writing would engage the reader.  (Exhibit "N").

36. Louisa Holder personally witnessed Tyriek Murphy review and edit the

handwritten manuscript that was written by Cisero K. Murphy, Jr. (Exhibit "N").

37. Tyriek Murphy specifically advised Louisa Holder that his role with the Cisero Murphy, Sr. biography was proofreading, editing, and digitizing Cisero K. Murphy, Jr.'s handwritten manuscript of the biography. (Exhibit "N").

38. Tyriek Murphy advised Louisa Holder, that Cisero K. Murphy and Tyriek Murphy had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "N").

39. Franciana D. Williams personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "M").

40. When Franciana D. Williams witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "M").

41. Franciana D. Williams personally witnessed Tyriek Murphy review and edit the handwritten manuscript that was written by Cisero K. Murphy, Jr. (Exhibit "M").

42. Tyriek Murphy specifically advised Franciana D. Williams that his role with the Cisero Murphy, Sr. biography was proofreading and editing Cisero K. Murphy, Jr.'s handwritten manuscript. (Exhibit "M").

43. Alvin Turner, Jr. personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "M").

44. When Alvin Turner, Jr. witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "O").

45. Tyriek Murphy specifically advised Alvin Tuner, Jr. that his role with the biography was proofreading and editing Cisero K. Murphy, Jr.'s handwritten manuscript of the Cisero Murphy, Sr. biography. (Exhibit "O").

46. Tyriek Murphy advised Alvin Turner, Jr., that Cisero K. Murphy and Tyriek Murphy, that they had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "O").

47. Lloyd Simons personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "Y" pages 42-43) (Exhibit "I").

48. Tyriek Murphy specifically advised Lloyd Simons that his role with the Cisero Murphy, Sr. biography was editing. (Exhibit "Y" page 25) (Exhibit "I").

49. Lloyd Simons also saw Tyriek Murphy typing Cisero K. Murphy, Jr.'s handwritten manuscript on Cisero K. Murphy, Jr.'s computer. (Exhibit "Y" pages 26-28).

50. Shahborne Emmanuel personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr. (Exhibit "X" page 38).

51. When Shahborne Emmanuel witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., no one was dictating to him. (Exhibit "X" page 38).

52. Shahborne Emmanuel assisted Cisero K. Murphy, Jr. by proofreading his

manuscript of the biography of Cisero Murphy, Sr.  (Exhibit "X" page 18).

53. During a period of time, Shahborn Emmanuel, Cisero K. Murphy, Jr., and Tyriek Murphy would meet every morning and work on the Cisero Murpy, Sr. biography.  (Exhibit "X" page 34).

54. Tyriek Murphy specifically stated to Shahborn Emmanuel that his role on the Cisero Murphy, Sr. biography was to proofread and edit.  (Exhibit "X" page 35).

55. Shahborn Emmanuel witnessed Tyriek Murphy edit Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr.  (Exhibit "X" page 35).

56. Tyriek Murphy believes that ten people were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 25).

57. Tyriek Murphy states that he conducted the interviews of the people that were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 26).

58. In 2013, Clifton Bell and Cisero K. Murphy, Jr. started doing research and interviews on Cisero Murphy, Sr.  (Exhibit "Z," page 9).

59. Clifton Bell's first interview regarding Cisero Murphy, Sr. was conducted in 2013.  (Exhibit "Z," page 10).

60. Clifton Bell did separate audio and video interviews of the people that were interviewed for the Cisero Murphy Sr. biography.  (Exhibit "Z," page 11).

61. Clifton Bell's original intent was to use the Cisero Murphy, Sr. interviews for a movie.  (Exhibit "Z," page 11).

62. In early 2015, Cisero K. Murphy, Jr. advised Clifton Bell that he had started writing a book about Cisero Murphy, Sr.  (Exhibit "Z," page 18).

63. Cisero J. Murphy, Jr. arranged for people to be interviewed by Clifton Bell regarding Cisero Murphy, Sr. (Exhibit "Z," pages 10-11).

64. Cisero K. Murphy, Jr. advised Clifton Bell that he was going to involve Tyriek Murphy with working on a book about Cisero Murphy, Sr. (Exhibit "Z," page 20).

65. Tyriek Murphy was present for one interview of the persons arranged to be interviewed about Cisero Murphy, Sr. (Exhibit "Z," page 29).

66. Tyriek Murphy testified that he wrote Big City Nights on his computer and that he dictated a portion of the book to Cisero K. Murphy, Jr. for a short period when his computer broke and had to be replaced. (Exhibit "P," page 110).

67. Tyriek Murphy testified that when his laptop broke, 25% to 50% of the biography had been completed.(Exhibit "P," page 116).

68. Tyriek Murphy testified that Cisero K. Murphy, Jr. hand wrote the pages that were dictated by Tyriek Murphy. (Exhibit "P," page 118).

69. Tyriek Murphy testified that he only edited the pages that he dictated to Cisero K. Murphy, Jr. (Exhibit "P," page 118).

70. Tyriek Murphy testified that Cisero K. Murphy, Jr. got a hold of Tyriek Murphy's typed manuscript and handwrote out the entire work. (Exhibit "P," page 111).

71. Tyriek Murphy was not in possession of any of the recorded interviews. (Exhibit "P," page 26).

72. Tyriek Murphy is not in possession of any notes from interviews of the people that were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 26).

73. Tyriek Murphy testified that he wrote his biography of Cisero Murphy, Sr. was

based off of his memory of information of his "verbal conversations with individuals. (Exhibit "P," page 202).

74. There is a dispute as to the authenticity of a "Forfeiture Contract" dated January 25, 2017. (Exhibit "A" pages 8-9) (Exhibit "S").

75. Tyriek Murphy states that the "Forfeiture Contract" and two releases were signed at the pharmacy, but only the "Forfeiture Contract" was notarized. (Exhibit "P," page 59-62).

76. The last page of each of the three documents are identical in that they are solely signature pages. (Exhibits "Q," "R," and "S").

77. Tyriek Murphy states that he and Cisero K. Murphy, Jr. signed the "Forfeiture Contract" before Galina Feldman on the morning of January 25, 2017 at the pharmacy where Galina Feldman was employed. (Exhibit "P," page 6).

78. Galina Feldman cannot remember if she witnessed Cisero K. Murphy, Jr.'s signature on January 25, 2017 and has provided conflicting testimony. (Exhibits "FF," "GG," page 15-16, "HH," pages 21-22).

79. Tyriek Murphy testified that the purpose of the "Forfeiture Contract" was <u>not</u> for Cisero K. Murphy, Jr. to forfeit any of his inheritance rights from the Estate of Cisero Murphy, Sr. (Exhibit "P," 96).

80. Tyriek Murphy testified that the purpose of the "Forfeiture Contract" was for Tyriek Murphy to obtain Cisero K. Murphy, Jr.'s rights "pertaining to his father" as "being a junior of Cisero Sr." and Cisero K. Murphy, Jr. being "next in line." (Exhibit "P," pages 63 and 69).

81. Lorenzo Scott testified met with Cisero K. Murphy, Jr. at 10:00 a.m. on January

25, 2017 at Bedford and Hancock in Brooklyn, New York, and they sat in Cisero K. Murphy, Jr.'s car. (Exhibit "W," page 11).

82. Tyriek Murphy entered Cisero K. Murphy, Jr.'s car on January 25, 2017, shortly after Lorenzo Scott entered the vehicle. (Exhibit "W," page 12).

83. Tyriek Murphy advised Lorenzo Scott that he was proofreading and editing Cisero K. Murphy, Jr.'s book. (Exhibit "W," pages 12-13).

84. Lorenzo Scott testified that he saw Tyriek Murphy and Cisero K. Murphy, Jr. sign four documents in Cisero K. Murphy, Jr.'s car on January 25, 2017. (Exhibit "W," page 21).

85. Lorenzo Scott states that no notary was present when the documents were signed in Cisero K. Murphy, Jr.'s car on January 25, 2017. (Exhibit "W," page 28).

86. On January 25, 2017, Lorenzo Scott was with Cisero K. Murphy, Jr. from 10:00 a.m. to 3:30 p.m. (Exhibit "W," page 27).

87. On January 25, 2017, Lorenzo Scott, Cisero K. Murphy, Jr. and his friend Shahborn for lunch. (Exhibit "W," pages 22-23).

88. On January 25, 2017 at 3:30 p.m., Cisero K. Murphy, Jr. dropped Lorenzo Scott off at his home in Queens, New York. (Exhibit "W," page 27).

89. On March 30, 2023, Tyriek Murphy testified that he no longer has the laptop computer that he used to type Big City Nights: The Biography of the Legendary Cisero Murphy, by Tyriek A. Murphy, MPA. (Exhibit "P," page 103).

90. On March 30, 2023, Tyriek Murphy testified that he no longer has the laptop computer that he used to type Murphy Solutions Releases that were executed by Cisero K. Murphy, Jr. (Exhibit "P," 103-104).

91. On March 30, 2023, Tyriek Murphy testified under oath that he has all of the unmodified Murphy Solutions Releases that were executed by Cisero K. Murphy, Jr. in word format on his flash drive/thumb drive. (Exhibit "P," 103-105).

92. On March 30, 2023, Tyriek Murphy testified he backs up everything on his flash drive / thumb drive and he continues to use the same one. (Exhibit "P," 104-105).

93. On May 2, 2023, Plaintiff demanded, post deposition, that Tyriek Murphy produce the native electronic files, and all unerased metadata, for the documents that were marked as Exhibits 3, 4, 5 and 6, and provided Tyriek Murphy with copies of the documents. (Exhibit "AA").

94. On May 18, 2023, Tyriek Murphy answered by stating that he no longer has the laptop that contains the files. (Exhibit "BB").

95. On May 2, 2023, Plaintiff demanded, post deposition, that Tyriek Murphy produce the original document marked as Exhibit 5 (Forfeiture Contract). (Exhibit "AA").

96. On May 18, 2023, Tyriek Murphy answered by stating that he lost the original document marked as Exhibit 5 in a Lyft car service on March 31, 2023. (Exhibit "BB").

97. On May 26, 2023, Tyriek Murphy stated: "This letter is to confirm what was elaborated on May 18, 2023 within the Reply to Plaintiff Deposition Discovery Demand, and on Court Record May 22nd, 2023 via telephone conference, in which Defendant does not have the broken laptop or flash drive that held the MES Documents as requested by Plaintiff, not did Defendant keep a personal record of the discarding or lost of the items." (Exhibit "CC").


Dated: Brooklyn, New York
      January 30, 2024

/s/ *Alexander Dudelson*
ALEXANDER M. DUDELSON, ESQ. (AD4809)
*Attorney for Plaintiff*
26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100