UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CISERO K. MURPHY, JR,                                              Case No.: 20-cv-2388 (HG)(JRC)

                Plaintiff,

    -against-

TYRIEK A. MURPHY,

               Defendant.
-------------------------------------------------------------------X

# PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1 ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Local Civil Rule 56.1, Plaintiff CISERO K. MURPHY, JR responds to Defendant TYRIEK A. MURPHY's ("Defendant") Statement of Undisputed Material Facts on Defendant's motion for summary judgment.

1. Tyriek Murphy registered the work *Big City Nights: The Biography of the Legendary Cisero Murphy* ("Big City Nights") with the Copyright Office on January 19, 2017 under copyright registration number TXu002130697. Exhibit A to the Declaration of Ryan P. Bisaillon (hereinafter "Bisaillon Decl.").

    **Response:**    Undisputed.

2. After registering Big City Nights with the Copyright Office, Tyriek Murphy engaged a publishing company, Dorrance Publishing Co., Inc. ("Dorrance"), to assist with the process of publishing Big City Nights. *See generally* Exhibit A to the Declaration of Tyriek A. Murphy (hereinafter "Tyriek Murphy Decl."); Bisaillon Decl. Ex. B at 12:17-22.

    **Response:**    Undisputed.

3. Pursuant to a March 7, 2017 agreement between Tyriek Murphy and Dorrance, Tyriek engaged Dorrance to perform services including "publish[ing] [Big City Nights] for print and e-book distribution." Tyriek Murphy Decl. ¶ 2; Tyriek Murphy Decl. Ex. A at DEFENDANT_0000001; Bisaillon Decl. Ex. B at 12:17-22.

**Response:** Undisputed.

4. In the March 7, 2017 agreement between Tyriek and Dorrance, Tyriek agreed to pay Dorrance a total sum of $5,900 in consideration for services, including publishing Big City Nights for print and e-book distribution. Tyriek Murphy Decl. ¶ 3; Tyriek Murphy Decl. Ex. A at DEFENDANT_0000002.

**Response:** Undisputed.

5. Pursuant to the March 7, 2017 agreement between Tyriek and Dorrance, Tyriek paid Dorrance a total of $5,900 in a one-time payment made using his debit card. Tyriek Murphy Decl. ¶ 4.

**Response:** Undisputed.

6. In the March 7, 2017 agreement between Tyriek Murphy and Dorrance, Tyriek agreed to "deliver to Dorrance, on or before [March 7, 2017], a copy of the completed Work [Big City Nights]." Tyriek Murphy Decl. Ex. A at DEFENDANT_0000001.

**Response:** Undisputed.

7. It was Dorrance's practice to require receipt of a completed manuscript prior to entering into a publishing agreement with an author. Bisaillon Decl. Ex. B at 14:16-15:13.

**Response:** Undisputed.

8. On or before March 7, 2017, Tyriek Murphy provided a completed manuscript

copy of Big City Nights to Dorrance. *Id.* at 14:5-15, 18:1-8; *see also* Bisaillon Decl. Ex. C.

**Response:** Undisputed.

9. Dorrance considered the manuscript copy of Big City Nights that it received from Tyriek Murphy on or before March 7, 2017 to be a completed work. Bisaillon Decl. Ex. B at 17:14-18:13.

**Response:** Undisputed.

10. Between March 7, 2017 and August 31, 2017, copies of Big City Nights were distributed to multiple employees of Dorrance, including page formatting and cover art staff. *Id.* at 19:21-22:18, 34:15-35:1.

**Response:** Undisputed.

11. Between March 7, 2017 and August 31, 2017, copies of Big City Nights, including an edited manuscript, page design proofs, and cover design proofs, were sent from Dorrance to Tyriek Murphy. *Id.* at 21:25-23:1, 34:22-35:1.

**Response:** Undisputed.

12. Dorrance provided an edited copy of the Big City Nights manuscript to Tyriek Murphy on May 16, 2017. Tyriek approved Dorrance's proposed edits to the Big City Nights manuscript on May 17, 2017. *Id.* at 23:3-18.

**Response:** Undisputed.

13. Dorrance published and first printed Big City Nights on August 31, 2017. *Id.* at 26:17-27:18; *see also* Bisaillon Decl. Ex. D, at 2.

**Response:** Undisputed.

14. Tyriek has received approximately $100 to $200 in author's earnings from

Dorrance in connection with sold copies of Big City Nights. Bisaillon Decl. Ex. E at 36:14-25; Tyriek Murphy Decl. ¶ 5. Tyriek did not receive any type of finder's fee from Dorrance, or any payment in connection with originally providing the Big City Nights manuscript to Dorrance. Bisaillon Decl. Ex. B at 39:14-40:4.

**Response:**   Undisputed.

15.   Tyriek has not received any other source of income in connection with the sale of Big City Nights. Tyriek Murphy Decl. ¶ 6.

**Response:**   Undisputed.

16.   On June 15, 2017, Plaintiff Cisero K. Murphy, Jr. ("Plaintiff") registered the work *Big City Knights: The Biography of: Cisero "Sonny" Murphy A World-Class Champion* ("Big City Knights") with the Copyright Office as an unpublished printed work under copyright registration number TXu002053010. Bisaillon Decl. Ex. F.

**Response:**   Undisputed.

17.   On July 3, 2017, Plaintiff registered a work titled *Big City Nights* with the Copyright Office as an unpublished electronic file under copyright registration number TXu002060114. Bisaillon Decl. Ex. G.

**Response:**   Undisputed.

18.   Plaintiff testified at his deposition that the only differences between the work registered on June 15, 2017 as "Big City Knights" and the work registered on July 3, 2017 as "Big City Nights" was that certain photographs contained in "Big City Nights" were removed from "Big City Knights." Bisaillon Decl. Ex. H at 60:20-62:20, 83:7-16.

**Response:**   Undisputed.

19. Big City Knights was unpublished at the time its copyright registration was filed, as Plaintiff confirmed at deposition. *Id.* at 84:16-18, 99:4-9, 95:1-96:7, 200:13-22.

   **Response:**   Undisputed.

20. On March 19, 2018, Plaintiff entered into a Literary Option and Purchase Agreement with Blake West Films, Inc., in which Plaintiff, as the seller, represented and warranted that the "[l]iterary [m]aterial" registered under copyright registration numbers "TXu002053010 and TXu002060114 . . . remains unpublished under the titles 'Big City Knights' and 'Big City Nights.'" Bisaillon Decl. Ex. I at PLAINTIFF000008; Bisaillon Decl. Ex. H at 95:1-96:7.

   **Response:**   Undisputed.

21. Big City Knights was first published on September 17, 2021. Bisaillon Decl. Ex. J.

   **Response:**   Undisputed.

22. As of January 9, 2023, sales of Big City Knights on Amazon.com had earned a total of $75. Bisaillon Decl. Ex. K at Response Nos. 4-5; Bisaillon Decl. Ex. H at 132:6-25.

   **Response:**   Undisputed.

23. Big City Knights has not been published or listed for sale anywhere other than Amazon.com. Bisaillon Decl. Ex. K at Response No. 4; Bisaillon Decl. Ex. H at 202:15-18.

   **Response:**   Undisputed.

24. On October 13, 2022, Plaintiff first served the disclosures required by Federal Rule of Civil Procedure 26(a). Bisaillon Decl. Ex. L.

   **Response:**   Undisputed.

25.     Plaintiff's sole calculation of a dollar amount of monetary damages in his Rule 26(a) Initial Disclosures consisted, in its entirety, of an assertion that Plaintiff is entitled to "$5,000,000.0 [sic] for copyright infringement." Plaintiff also claimed entitlement to "all proceeds received by [Tyriek] in connection with the business and sale of the book [Big City Nights], plus costs and disbursements." *Id.* at 5.

**Response:**    Undisputed.

26. Plaintiff's Rule 26(a) Initial Disclosures did not set forth a computation of damages for any claim other than "copyright infringement." *Id*.

**Response:**    Undisputed.

27.     Plaintiff has not supplemented or amended the damages section of his Rule 26(a) Disclosures. Bisaillon Decl. ¶ 15.

**Response:**    Undisputed.

28.     When asked at his deposition how he determined that he had suffered that $5 million in damages for copyright infringement, Plaintiff testified that he "[couldn't] recall . . . where [he] came up with that particular figure." Bisaillon Decl. Ex. H at 130:5-19.

**Response:**    Undisputed.

29.     Plaintiff has not provided, or seen, any calculation for the damages amount of $5 million disclosed in his Rule 26(a) Initial Disclosures. *Id*. at 131:9-15.

**Response:**    Undisputed.

30.     Plaintiff personally came up with the damages amount of $5 million disclosed in his Rule 26(a) Initial Disclosures, and stated that this damages amount is based on "infringement." Plaintiff also spoke to his "lawyers" and "[p]eople who had a similar problem"

in coming up with the damages amount of $5 million disclosed in his Rule 26(a) Initial Disclosures. *Id*. at 130:13-22, 131:16-22.

**Response:** Undisputed.

31. Plaintiff has not presented any other evidence that he has suffered any other amount of damages for "copyright infringement" or other alleged violations stemming from Tyriek's publication and sale of Big City Nights. *See* Bisaillon Decl. Ex. L.; Bisaillon Decl. Ex. H at 130:5-19, 131:9-15.

**Response:** Undisputed.

Dated: Brooklyn, New York
March 19, 2024

*Alexander Dudelson*
ALEXANDER M. DUDELSON, ESQ. (AD4809)
*Attorney for Plaintiff*
26 Court Street - Suite 2306
Brooklyn, New York 11242
(718) 855-5100