## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

CISERO MURPHY, JR.,        )
                   )
    Plaintiff,          )
                   )     CIVIL ACTION
    v.               )
                   )    CASE NO.: 20-cv-02388 (JRC)
TYRIEK A. MURPHY,       )
                   )
    Defendant.       )
                   )
                   )
                   )
                   )

## <u>TYRIEK A. MURPHY'S RESPONSE TO CISERO K. MURPHY, JR.'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS</u>

Defendant Tyriek A. Murphy, in support of his Opposition to Plaintiff Cisero Murphy, Jr.'s Motion for Partial Summary Judgment, responds to Plaintiff's Local Civil Rule 56.1 Statement of Undisputed Material Facts as follows.  Pursuant to Local Civil Rule 56.1(b), Defendant includes a concise statement of additional material facts as to which there exists a genuine issue to be tried.

## DEFENDANT'S RESPONSE TO PLAINTIFF'S LOCAL RULE 56.1 <u>STATEMENT OF UNDISPUTED FACTS</u>

**1.     Cisero Murphy Sr., died intestate, leaving a spouse, Lillian Murphy, and four children, Cisero K. Murphy, Jr., Terry Murphy, Angie Murphy and Akee Murphy. (Exhibit "P," page 31-32).**

**RESPONSE TO PARAGRAPH 1:**  Undisputed. However, this fact is not material to the authorship of the disputed work, ownership of the copyright in the

disputed work, or any copyright infringement of the disputed work.

    **2.**    **Letters of Administration in the Estate of Cisero Murphy, Sr. were granted to Lillian Murphy. (Exhibit "P, page 34).**

    **RESPONSE TO PARAGRAPH 2:**  Undisputed. However, this fact is not material to the authorship of the disputed work, ownership of the copyright in the disputed work, or any copyright infringement of the disputed work.

    **3.**    **Tyriek Murphy is Cisero K. Murphy, Jr.'s son. (Exhibit "P," page 31).**

    **RESPONSE TO PARAGRAPH 3:**  Undisputed.

    **4.**    **Plaintiff Cisero Murphy published the work Big City Knights, The Biography of:  Cisero "Sonny" Murphy, A World Class Champion by Cisero K. Murphy, Jr. (Exhibit "D").**

    **RESPONSE TO PARAGRAPH 4:**  Undisputed.

    **5.**    **Plaintiff Cisero Murphy obtained Copyright Registration No. TXu002053010 for the Printed Copyrighted Work, Big City Knights, The Biography of: Cisero "Sonny" Murphy, A  World Class Champion, issued on June 15, 2017. (Exhibit "E").**

    **RESPONSE TO PARAGRAPH 5:**  Undisputed.

    **6.**    **Plaintiff Cisero Murphy obtained Copyright Registration No. TXu002053010 for the Electronic Copyrighted Work, Big City Knights, The Biography of: Cisero "Sonny" Murphy,  A World Class Champion, issued on July 3, 2017. (Exhibit "F").**

    **RESPONSE TO PARAGRAPH 6:**  Undisputed.

**7.     Tyriek Murphy published the work Big City Nights: The Biography of the Legendary Cisero Murphy, by Tyriek A. Murphy, MPA. (Exhibit "G").**

**RESPONSE TO PARAGRAPH 7:**  Undisputed.

**8.     Tyriek Murphy obtained Copyright Registration No. TXu002130697 for the Electronic Copyrighted Work, Big City Nights: The Autobiography of the Legendary Cisero Murphy, issued on January 19, 2017. (Exhibit "H").**

**RESPONSE TO PARAGRAPH 8:**  Undisputed.

**9.     Cisero Murphy is in possession of a handwritten manuscript of Big City Knights, The Biography of: Cisero "Sonny" Murphy, A World Class Champion, which was written in his own hand. (Exhibit "V").**

**RESPONSE TO PARAGRAPH 9:**  Undisputed.

**10.     The handwritten manuscript of the Cisero Murphy, Sr. biography is 140 pages. (Exhibit "V").**

**RESPONSE TO PARAGRAPH 10:** Undisputed.

**11.     Throughout the manuscript are Tyriek Murphy's handwritten edits or the word "Done," which appear on 124 pages of Cisero K. Murphy, Jr.'s handwritten work. (Exhibit "V") (Exhibit "P," 111-115).**

**RESPONSE TO PARAGRAPH 11:** Not disputed as to the presence of Tyriek Murphy's handwritten edits, but disputed as to the manuscript in question being "Cisero K. Murphy, Jr.'s handwritten work."  Ex. P (T. Murphy Dep. Tr.) at 24:11-14.[1]

---

[1] The citations to exhibits contained herein are citations to exhibits attached to the Declaration of Alexander Dudelson in support of Plaintiff's Motion.

**12.    The word "Done" indicated that Tyriek Murphy had reviewed the page and that it was fully edited. (Exhibit "P," 111).**

**RESPONSE TO PARAGRAPH 12:** Disputed.   Mischaracterizes  Tyriek's Murphy's testimony. Tyriek Murphy only says that the word "Done" meant that he reviewed it. Ex. P (T. Murphy Dep. Tr.) at 111:15-21.  Tyriek Murphy testified that this was done as part of the dictation process.  Ex. P (T. Murphy Dep. Tr.) at 39:10-40:2.

**13.    On June 25, 2016, plaintiff Cisero K. Murphy, Jr., sent defendant Tyriek Murphy a text message of a picture of a handwritten page of the manuscript. (Exhibit "DD," page 18-20), which stated as follows:**

> **Later that evening, when Cisero finish working on the farm, when Harriette entered the bedroom, Cisero immediate noticed his wife was in a jublant state of being, he smiled and asked her: "What have you so excited honey?" Harriette, told him about her conversation she had with his mother. Cisero was very pleased to hear what his mother tole his wife. All he could say was: "She is an amazing person." In which, Harriette totally agreed.**

**RESPONSE TO PARAGRAPH 13:** Not disputed as to the words stated in the exhibit, disputed as to the remainder because the materials cited do not establish the absence of a genuine dispute as to the recited fact, including whether the picture shown in Exhibit DD reflects "the manuscript" which is undefined.

**14.    In response to plaintiff Cisero K. Murphy, Jr.'s June 25, 2016 edit, Tyriek Murphy a text message of a picture of a handwritten page of the manuscript. (Exhibit "DD," page 18-20), which stated as follows:**

> **Later that evening, when Cisero finish working on the farm, when Harriette entered the bedroom, Cisero immediate noticed his wife was in a jublant state of being, he smiled and asked her:**

**"What have you so excited honey?" Harriette, told him about her conversation she had with his mother. Cisero was very pleased to hear what his mother tole his wife. All he could say was: "She is an amazing person." In which, Harriette totally agreed.**

**RESPONSE TO PARAGRAPH 14:** Not disputed as to the words stated in the exhibit, disputed as to the remainder because the materials cited do not establish the absence of a genuine dispute as to the recited fact. Moreover, "the manuscript" in the statement is undefined.

15.    **Tyriek Murphy's typed edit from the June 25, 2016 text message appears on page 16 (Labeled G) of the manuscript and is further edited in Tyriek Murphy's hand. (Exhibit "V").**

**RESPONSE TO PARAGRAPH 15:** Disputed because the materials cited do not establish the absence of a genuine dispute as to the recited fact.

16.    **Tyriek Murphy's typed edit from the June 25, 2016 appears in each of the published works on Exhibit "D" page 15 and Exhibit "G" page 9-10.**

**RESPONSE TO PARAGRAPH 16:** Disputed because the materials cited do not establish the absence of a genuine dispute as to the recited fact.

17.    **Approximately five months after the June 25, 2016 edit, Tyriek Murphy sent the following text to Cisero K. Murphy, Jr.: "Morning! When you come to the block, bring the pages you finished so I can edit." (Exhibit "II," page 73)**

**RESPONSE TO PARAGRAPH 17:** Undisputed..

18.    **Throughout their text messages, Tyriek Murphy asks Cisero K. Murphy, Jr. about the progress on the book and when the book will be finished. (Exhibit "DD" pages 13, 14, 21 and 24) (Exhibit "II" page 82).**

**RESPONSE TO PARAGRAPH 18:** Disputed because the materials cited do not establish the absence of a genuine dispute as to the recited fact.

19.    **Janique S. Kearse personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "J").**

**RESPONSE TO PARAGRAPH 19:** Undisputed.

20.    **When Janique S. Kearse witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "J").**

**RESPONSE TO PARAGRAPH 20:** Undisputed.

21.    **Tyriek Murphy specifically advised Janique S. Kearse that his role with the biography was proofreading, editing, and digitizing Cisero K. Murphy, Jr.'s handwritten manuscript of the biography. (Exhibit "J").**

**RESPONSE TO PARAGRAPH 21:** Disputed.    Declaration    of    Tyriek Murphy (hereinafter "Murphy Decl.") at ¶ 2.

22.    **Tyriek Murphy advised Janique S. Kearse, that Cisero K. Murphy and Tyriek Murphy, had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "J").**

**RESPONSE TO PARAGRAPH 22:** Disputed. Murphy Decl.  at ¶  3.

23.    **Tyriek Murphy advised Ron Meyers, Esq., attorney for the Estate of Cisero Murphy, Sr., that Cristalee Kearse, his grandmother's sister, provided him with information for Big City Nights: The Biography of the Legendary Cisero Murphy, by Tyriek A. Murphy, MPA. (Exhibit "EE").**

**RESPONSE TO PARAGRAPH 23:** Undisputed.

**24.     Cristsalee Kearse was interviewed twice by Cisero K. Murphy, Jr., twice for his biography of Cisero Murphy, Sr., which had a working title of Big City Nights. (Exhibit "K").**

**RESPONSE TO PARAGRAPH 24:** Undisputed as to the fact Cristalee Kearse was interviewed twice by the Plaintiff, disputed to the extent that the statement characterizes the work as "[Plaintiff's] biography Cisero Murphy Sr., which had a working title of Big City Nights."

**25.     Tyriek Murphy was not present for either Cristsalee Kearse's interviews for Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr. (Exhibit "K").**

**RESPONSE TO PARAGRAPH 25:** Disputed. Murphy Decl. at ¶ 4.

**26.     Cristsalee Kearse has only met Tyriek Murphy one time, and she only exchanged a greeting with Tyriek Murphy. (Exhibit "K").**

**RESPONSE TO PARAGRAPH 26:** Disputed. Tyriek Murphy testified that he had a signed contract from Cristalee Kearse. Exhibit P (T. Murphy Dep. Tr.) at 40:24-41:18.

**27.     Any release that Cristsalee Kearse signed in connection with the biography was intended to be for Cisero K. Murphy, Jr. (Exhibit "K").**

**RESPONSE TO PARAGRAPH 27:** Not disputed as to Cristalee Kearse's intent, but disputed as to remainder, including the intent of others.

**28.     Cisero K. Murphy spoke to Cristsalee Kearse about writing the Cisero Murphy, Sr. Biography starting in 2013. (Exhibit "K").**

**RESPONSE TO PARAGRAPH 28:** Undisputed.

29.    **Brenda Amat personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "L").**

**RESPONSE TO PARAGRAPH 29:** Undisputed.

30.    **When Brenda Amat witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "L").**

**RESPONSE TO PARAGRAPH 30:** Undisputed.

31.    **Brenda Amat assisted Murphy Enterprise Solutions, LLC with its social media accounts and posts for the purposes of promoting Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr. (Exhibit "L").**

**RESPONSE TO PARAGRAPH 31:** Undisputed that Brenda Amat was assisting with social media posts, disputed to the remainder including the extent it characterizes the work as "Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr." *See* Ex. H (TM Copyright Registration); Ex. P (T. Murphy Dep. Tr.) at 24:11-14.

32.    **Throughout their work together, Tyriek Murphy specifically advised Brenda Amat that his role with the Cisero Murphy, Sr. biography was proofreading and editing Cisero K. Murphy's handwritten manuscript. (Exhibit "L").**

**RESPONSE TO PARAGRAPH 32:** Disputed. Tyriek Murphy testified "I don't know what she was aware of." when asked "[W]as she aware of the fact that you were reviewing the book and checking the grammar and making changes?" Ex. P (T. Murphy Dep. Tr.) at 191:12-19.

33.    Louisa Holder personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "N").

RESPONSE TO PARAGRAPH 33:  Undisputed.

34.    When Louisa Holder witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "N").

RESPONSE TO PARAGRAPH 34:  Undisputed.

35.    As Cisero K. Murphy, Jr. wrote the biography of Cisero Murphy, Sr., Louisa Holder would read portions of the manuscript and would provide Cisero K. Murphy, Jr. with her opinion as to whether the writing would engage the reader. (Exhibit "N").

RESPONSE TO PARAGRAPH 35: Undisputed.

36.    Louisa Holder personally witnessed Tyriek Murphy review and edit the handwritten manuscript that was written by Cisero K. Murphy, Jr. (Exhibit "N").

RESPONSE TO PARAGRAPH 36: Disputed. Murphy Decl.  at ¶ 5.

37.    Tyriek Murphy specifically advised Louisa Holder that his role with the Cisero Murphy, Sr. biography was proofreading, editing, and digitizing Cisero K. Murphy, Jr.'s handwritten manuscript of the biography. (Exhibit "N").

RESPONSE TO PARAGRAPH 37: Disputed. Murphy Decl.  at ¶ 6.

38.    Tyriek Murphy advised Louisa Holder, that Cisero K. Murphy and Tyriek Murphy had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "N").

**RESPONSE TO PARAGRAPH 38:** Disputed. Murphy Decl. at ¶ 7.

39.     **Franciana D. Williams personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "M")**

**RESPONSE TO PARAGRAPH 39:** Undisputed.

40.     **When Franciana D. Williams witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "M")**

**RESPONSE TO PARAGRAPH 40:** Undisputed.

41.     **Franciana D. Williams personally witnessed Tyriek Murphy review and edit the handwritten manuscript that was written by Cisero K. Murphy, Jr. (Exhibit "M")**

**RESPONSE TO PARAGRAPH 41:** Disputed. Murphy Decl. at ¶ 8.

42.     **Tyriek Murphy specifically advised Franciana D. Williams that his role with the Cisero Murphy, Sr. biography was proofreading and editing Cisero K. Murphy, Jr.'s handwritten manuscript. (Exhibit "M")**

**RESPONSE TO PARAGRAPH 42:** Disputed. Murphy Decl. at ¶ 9.

43.     **Alvin Turner, Jr. personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "M")**

**RESPONSE TO PARAGRAPH 43:** Undisputed.

44.     **When Alvin Turner, Jr. witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights, no one was dictating to him. (Exhibit "O")**

**RESPONSE TO PARAGRAPH 44:** Undisputed.

45.     Tyriek Murphy specifically advised Alvin Tuner, Jr. that his role with the biography was proofreading and editing Cisero K. Murphy, Jr.'s handwritten manuscript of the Cisero Murphy, Sr. biography. (Exhibit "O").

**RESPONSE TO PARAGRAPH 45:** Disputed. Murphy Decl. at ¶ 10.

46.     Tyriek Murphy advised Alvin Turner, Jr., that Cisero K. Murphy and Tyriek Murphy, that they had formed a business called Murphy Enterprise Solutions, LLC, which was formed to promote the biography and develop an instructional billiards school for children, veterans, and senior citizens. (Exhibit "O").

**RESPONSE TO PARAGRAPH 46:** Disputed. Murphy Decl. at ¶ 11.

47.     Lloyd Simons personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., which had a working title of Big City Nights. (Exhibit "Y" pages 42-43) (Exhibit "I").

**RESPONSE TO PARAGRAPH 47:** Undisputed.

48.     Tyriek Murphy specifically advised Lloyd Simons that his role with the Cisero Murphy, Sr. biography was editing. (Exhibit "Y" page 25) (Exhibit "I").

**RESPONSE TO PARAGRAPH 48:** Disputed. Murphy Decl. at ¶ 12.

49.     Lloyd Simons also saw Tyriek Murphy typing Cisero K. Murphy, Jr.'s handwritten manuscript on Cisero K. Murphy, Jr.'s computer. (Exhibit "Y" pages 26-28).

**RESPONSE TO PARAGRAPH 49:** Disputed. Murphy Decl. at ¶ 13.

50.     Shahborne Emmanuel personally witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr. (Exhibit "X" page 38).

**RESPONSE TO PARAGRAPH 50:** Undisputed.

**51.    When Shahborne Emmanuel witnessed Cisero K. Murphy, Jr. handwrite portions of the biography of Cisero K. Murphy, Sr., no one was dictating to him. (Exhibit "X" page 38).**

**RESPONSE TO PARAGRAPH 51:** Undisputed.

**52.    Shahborne Emmanuel assisted Cisero K. Murphy, Jr. by proofreading his manuscript of the biography of Cisero Murphy, Sr. (Exhibit "X" page 18).**

**RESPONSE TO PARAGRAPH 52:** Undisputed.

**53.    During a period of time, Shahborn Emmanuel, Cisero K. Murphy, Jr., and Tyriek Murphy would meet every morning and work on the Cisero Murpy, Sr. biography. (Exhibit "X" page 34)**

**RESPONSE TO PARAGRAPH 53:** Disputed. Murphy Decl. at ¶ 14.

**54.    Tyriek Murphy specifically stated to Shahborn Emmanuel that his role on the Cisero Murphy, Sr. biography was to proofread and edit. (Exhibit "X" page 35).**

**RESPONSE TO PARAGRAPH 54:** Disputed. Murphy Decl. at ¶ 15.

**55.    Shahborn Emmanuel witnessed Tyriek Murphy edit Cisero K. Murphy, Jr.'s biography of Cisero Murphy, Sr. (Exhibit "X" page 35).**

**RESPONSE TO PARAGRAPH 55:** Disputed. Murphy Decl. at ¶ 16.

**56.    Tyriek Murphy believes that ten people were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 25).**

**RESPONSE TO PARAGRAPH 56:** Not disputed that Defendant testified that "I would say roughly ten people [were interviewed]," Ex. P (T. Murphy Dep. Tr.) at 25:6-9, disputed as to the remainder because the materials cited do not

establish the absence of a genuine dispute as to the recited fact.

**57.    Tyriek Murphy states that he conducted the interviews of the people that were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 26).**

**RESPONSE TO PARAGRAPH 57:** Undisputed.

**58.    In 2013, Clifton Bell and Cisero K. Murphy, Jr. started doing research and interviews on Cisero Murphy, Sr. (Exhibit "Z," page 9).**

**RESPONSE TO PARAGRAPH 58:** Undisputed.

**59.    Clifton Bell's first interview regarding Cisero Murphy, Sr. was conducted in 2013. (Exhibit "Z," page 10).**

**RESPONSE TO PARAGRAPH 59:** Disputed because the materials cited do not establish the absence of a genuine dispute as to the recited fact. This statement mischaracterizes the witness' testimony.  Ex. Z 10:7 ("[I]t was around 2013")

**60.    Clifton Bell did separate audio and video interviews of the people that were interviewed for the Cisero Murphy Sr. biography. (Exhibit "Z," page 11).**

**RESPONSE TO PARAGRAPH 60:** Undisputed.

**61.    Clifton Bell's original intent was to use the Cisero Murphy, Sr. interviews for a movie. (Exhibit "Z," page 11).**

**RESPONSE TO PARAGRAPH 61:** Undisputed.

**62.    In early 2015, Cisero K. Murphy, Jr. advised Clifton Bell that he had started writing a book about Cisero Murphy, Sr. (Exhibit "Z," page 18).**

**RESPONSE TO PARAGRAPH 62:** Undisputed.

**63.**   Cisero J. Murphy, Jr. arranged for people to be interviewed by Clifton Bell regarding Cisero Murphy, Sr. (Exhibit "Z," pages 10-11).

**RESPONSE TO PARAGRAPH 63:** Undisputed.

**64.**   Cisero K. Murphy, Jr. advised Clifton Bell that he was going to involve Tyriek Murphy with working on a book about Cisero Murphy, Sr. (Exhibit "Z," page 20).

**RESPONSE TO PARAGRAPH 64:** Undisputed.

**65.**   Tyriek Murphy was present for one interview of the persons arranged to be interviewed about Cisero Murphy, Sr. (Exhibit "Z," page 29).

**RESPONSE TO PARAGRAPH 65:** Disputed. Ex. P (T. Murphy Dep. Tr.) at 192:9-13.

**66.**   Tyriek Murphy testified that he wrote Big City Nights on his computer and that he dictated a portion of the book to Cisero K. Murphy, Jr. for a short period when his computer broke and had to be replaced. (Exhibit "P," page 110).

**RESPONSE TO PARAGRAPH 66:** Undisputed.

**67.**   Tyriek Murphy testified that when his laptop broke, 25% to 50% of the biography had been completed.(Exhibit "P," page 116).

**RESPONSE TO PARAGRAPH 67:** Undisputed.

**68.**   Tyriek Murphy testified that Cisero K. Murphy, Jr. hand wrote the pages that were dictated by Tyriek Murphy. (Exhibit "P," page 118).

**RESPONSE TO PARAGRAPH 68:** Undisputed.

**69.**   Tyriek Murphy testified that he only edited the pages that he dictated to Cisero K. Murphy, Jr. (Exhibit "P," page 118).

**RESPONSE TO PARAGRAPH 69:** Disputed. Statement 69 misstates the defendant's testimony. The defendant did not testify that he "only" edited the pages dictated to Cisero K. Murphy, Jr.

70.    **Tyriek Murphy testified that Cisero K. Murphy, Jr. got a hold of Tyriek Murphy's typed manuscript and handwrote out the entire work. (Exhibit "P," page 111).**

**RESPONSE TO PARAGRAPH 70:** Undisputed.

71.    **Tyriek Murphy was not in possession of any of the recorded interviews. (Exhibit "P," page 26).**

**RESPONSE TO PARAGRAPH 71:** Undisputed.

72.    **Tyriek Murphy is not in possession of any notes from interviews of the people that were interviewed for the Cisero Murphy Sr. biography. (Exhibit "P," page 26).**

**RESPONSE TO PARAGRAPH 72:** Undisputed.

73.    **Tyriek Murphy testified that he wrote his biography of Cisero Murphy, Sr. was based off of his memory of information of his "verbal conversations with individuals. (Exhibit "P," page 202).**

**RESPONSE TO PARAGRAPH 73:** Disputed. Ex. P (T. Murphy Dep. Tr.) at 201:25 – 203:2.

74.    **There is a dispute as to the authenticity of a "Forfeiture Contract" dated January 25, 2017. (Exhibit "A" pages 8-9) (Exhibit "S").**

**RESPONSE TO PARAGRAPH 74:** Undisputed.

75.    **Tyriek Murphy states that the "Forfeiture Contract" and two releases were signed at the pharmacy, but only the "Forfeiture Contract" was**

**notarized. (Exhibit "P," page 59-62).**

**RESPONSE TO PARAGRAPH 75:** Undisputed.

**76.    The last page of each of the three documents are identical in that they are solely signature pages. (Exhibits "Q," "R," and "S").**

**RESPONSE TO PARAGRAPH 76:** Disputed. *See* Exhibit Q at 3 (printed underline next to "MES Name" line); Exhibit R at 3 (no printed underline next to "MES Name," instead typed "Tyriek A. Murphy" to the right of "MES Name"; Exhibit D (which is the same as Exhibit S) at 2 (also no printed underline next to "MES Name" line and the only one with Galina Feldman's signature).

**77.    Tyriek Murphy states that he and Cisero K. Murphy, Jr. signed the "Forfeiture Contract" before Galina Feldman on the morning of January 25, 2017 at the pharmacy where Galina Feldman was employed. (Exhibit "P," page 6).**

**RESPONSE TO PARAGRAPH 77:** . Disputed.  The citation provided does not support this fact.

**78.    Galina Feldman cannot remember if she witnessed Cisero K. Murphy, Jr.'s signature on January 25, 2017 and has provided conflicting testimony. (Exhibits "FF," "GG," page 15-16, "HH," pages 21-22).**

**RESPONSE TO PARAGRAPH 78:** Disputed.  Galina   Feldman   testified   as follows: "Q. So just to be sure, you're positive that with Defendant's Murphy Decl. 5 in front of you that you looked at both Tyriek Murphy's and Cisero Murphy's ID, right? A. It is so many years that have passed but I wouldn't do anything without seeing the ID." Ex. HH (G. Feldman Dep. Tr.) at 13:18-25.

79.     Tyriek Murphy testified that the purpose of the "Forfeiture Contract" was not for Cisero K. Murphy, Jr. to forfeit any of his inheritance rights from the Estate of Cisero Murphy, Sr. (Exhibit "P," 96).

**RESPONSE TO PARAGRAPH 79:** Undisputed.

80.     Tyriek Murphy testified that the purpose of the "Forfeiture Contract" was for Tyriek Murphy to obtain Cisero K. Murphy, Jr.'s rights "pertaining to his father" as "being a junior of Cisero Sr." and Cisero K. Murphy, Jr. being "next in line." (Exhibit "P," pages 63 and 69).

**RESPONSE TO PARAGRAPH 80:** Disputed.     This     mischaracterizes

Tyriek Murphy's testimony. *See* Ex. P (T. Murphy Dep. Tr.) at 29:15-18.

81.     Lorenzo Scott testified met with Cisero K. Murphy, Jr. at 10:00 a.m. on January 25, 2017 at Bedford and Hancock in Brooklyn, New York, and they sat in Cisero K. Murphy, Jr.'s car. (Exhibit "W," page 11).

**RESPONSE TO PARAGRAPH 81:** Undisputed.

82.     Tyriek Murphy entered Cisero K. Murphy, Jr.'s car on January 25, 2017, shortly after Lorenzo Scott entered the vehicle. (Exhibit "W," page 12).

**RESPONSE TO PARAGRAPH 82:** Undisputed.

83.     Tyriek Murphy advised Lorenzo Scott that he was proofreading and editing Cisero K. Murphy, Jr.'s book. (Exhibit "W," pages 12-13).

**RESPONSE TO PARAGRAPH 83:** Disputed. Murphy Decl. at ¶17.

84.     Lorenzo Scott testified that he saw Tyriek Murphy and Cisero K. Murphy, Jr. sign four documents in Cisero K. Murphy, Jr.'s car on January 25, 2017. (Exhibit "W," page 21).

**RESPONSE TO PARAGRAPH 84:** Undisputed    as    to    Lorenzo    Scott

testifying to this effect, disputed to the extent that Tyriek Murphy testified he signed no documents in Lorenzo Scott's presence. Ex. P (T. Murphy Dep. Tr.) at 155:13-20.

**85.    Lorenzo Scott states that no notary was present when the documents were signed in Cisero K. Murphy, Jr.'s car on January 25, 2017. (Exhibit "W," page 28).**

**RESPONSE TO PARAGRAPH 85:** Undisputed as to Lorenzo Scott testifying to this effect, disputed that documents were signed in Lorenzo Scott's presence. Tyriek Murphy testified he signed no documents in Lorenzo Scott's presence. Ex. P (T. Murphy Dep. Tr.) at 155:13-20.

**86.    On January 25, 2017, Lorenzo Scott was with Cisero K. Murphy, Jr. from 10:00 a.m. to 3:30 p.m. (Exhibit "W," page 27).**

**RESPONSE TO PARAGRAPH 86:** Disputed. Tyriek Murphy testified that the Plaintiff accompanied him to the pharmacy to have a document notarized during this time frame with no mention of Lorenzo Scott being with them. Ex. P (T. Murphy Dep. Tr.) at 71:25-72:14.

**87.    On January 25, 2017, Lorenzo Scott, Cisero K. Murphy, Jr. and his friend Shahborn for lunch. (Exhibit "W," pages 22-23).**

**RESPONSE TO PARAGRAPH 87:** Undisputed.

**88.    On January 25, 2017 at 3:30 p.m., Cisero K. Murphy, Jr. dropped Lorenzo Scott off at his home in Queens, New York. (Exhibit "W," page 27).**

**RESPONSE TO PARAGRAPH 88:** Undisputed.

89.    On March 30, 2023, Tyriek Murphy testified that he no longer has the laptop computer that he used to type Big City Nights: The Biography of the Legendary Cisero Murphy, by Tyriek A. Murphy, MPA. (Exhibit "P," page 103).

RESPONSE TO PARAGRAPH 89: Undisputed.

90.    On March 30, 2023, Tyriek Murphy testified that he no longer has the laptop computer that he used to type Murphy Solutions Releases that were executed by Cisero K. Murphy, Jr. (Exhibit "P," 103-104).

RESPONSE TO PARAGRAPH 90: Undisputed.

91.    On March 30, 2023, Tyriek Murphy testified under oath that he has all of the unmodified Murphy Solutions Releases that were executed by Cisero K. Murphy, Jr. in word format on his flash drive/thumb drive. (Exhibit "P," 103-105).

RESPONSE TO PARAGRAPH 91: Undisputed.

92.    On March 30, 2023, Tyriek Murphy testified he backs up everything on his flash drive / thumb drive and he continues to use the same one. (Exhibit "P," 104-105).

RESPONSE TO PARAGRAPH 92: Undisputed.

93.    On May 2, 2023, Plaintiff demanded, post deposition, that Tyriek Murphy produce the native electronic files, and all unerased metadata, for the documents that were marked as Exhibits 3, 4, 5 and 6, and provided Tyriek Murphy with copies of the documents. (Exhibit "AA").

RESPONSE TO PARAGRAPH 93: Undisputed.

94.    On May 18, 2023, Tyriek Murphy answered by stating that he no longer has the laptop that contains the files. (Exhibit "BB").

RESPONSE TO PARAGRAPH 94: Undisputed.

95.    On May 2, 2023, Plaintiff demanded, post deposition, that Tyriek Murphy produce the original document marked as Exhibit 5 (Forfeiture Contract). (Exhibit "AA").

**RESPONSE TO PARAGRAPH 95:** Undisputed.

96.    On May 18, 2023, Tyriek Murphy answered by stating that he lost the original document marked as Exhibit 5 in a Lyft car service on March 31, 2023. (Exhibit "BB").

**RESPONSE TO PARAGRAPH 96:** Undisputed.

97.    On May 26, 2023, Tyriek Murphy stated: "This letter is to confirm what was elaborated on May 18, 2023 within the Reply to Plaintiff Deposition Discovery Demand, and on Court Record May 22nd, 2023 via telephone conference, in which Defendant does not have the broken laptop or flash drive that held the MES Documents as requested by Plaintiff, not did Defendant keep a personal record of the discarding or lost of the items." (Exhibit "CC").

**RESPONSE TO PARAGRAPH 97:** Undisputed.


*    *    *

## DEFENDANT'S SEPARATE STATEMENT OF MATERIAL FACTS

Defendant provides these facts as to which Defendant contends there exists a genuine issue to be tried under Local Rule 56.1(b).


1.    Whether Defendant Tyriek Murphy is the author of *Big City Nights* and/or *Big City Knights* is an issue for trial.

*a.* Tyriek Murphy holds a United States copyright registration

(TXu002130697) in *Big City Nights: The Biography of the Legendary Cisero Murphy* ("*Big City Nights*"). This registration lists the author of the work as Tyriek A. Murphy. Exhibit H.

b. Tyriek Murphy submitted the application which would register as TXu002130697 on January 19, 2017. Exhibit H.

c. Tyriek Murphy wrote Big City Nights. Ex. P (T. Murphy Dep. Tr.) at 24:11-14.

d. Tyriek Murphy began writing *Big City Nights* in 2012. *Id.* at 24:15-20.

e. Tyriek Murphy interviewed around ten people to gather the information he used for *Big City Nights*: Lee Bynum, Joseph Armstrong, James Thomas, William Shoates, David Sapolis, the Plaintiff Cisero Murphy, Jr., Darryl Nixon, and Nate Bryant, among others. *Id.* at 25:6-27:13.

f. Tyriek Murphy took notes during these interviews which he used during the writing process. *Id.* at 202:9-15.

g. In late December 2016 Tyriek Murphy completed the final draft of *Big City Nights*. *Id.* at 24:15-20.

2. Whether Defendant is a co-author of *Big City Nights* and/or *Big City Knights* is an issue for trial.

    *a.* Tyriek Murphy dictated a portion of *Big City Nights* to the Plaintiff while Tyriek Murphy's computer was broken. *Id.* at 39:10-40:2.

    *b.* The exact proportion of the book that was written through this dictation process, as opposed to by Tyriek Murphy entirely independently, is unknown. *Id.* at 115:12-117:24.

    *c.* Tyriek Murphy had final decision-making authority as to the text to be included in the handwritten manuscript, as shown by his handwritten edits. *Id.* at 111:15-114:21.

3.    Whether Plaintiff assigned his interests in *Big City Nights*, including his copyrights to both the printed and electronic versions of *Big City Nights*, to MES is an issue for trial.

    *a.* On January 25, 2017 Tyriek Murphy and the Plaintiff signed various releases relating to *Big City Nights* in the presence of notary Galina Feldman at a pharmacy on the corner of Franklin Avenue and Fulton Street in Brooklyn, New York. *Id.* at 59:13-65:9, Ex. HH (G. Feldman Dep. Tr.) at 10:21-11:21; Ex. D at 2.

    *b.* Plaintiff signed the Forfeiture Contract. Ex. P (T. Murphy Dep. Tr.) at 46:15-47:8; Ex. KK (C. Murphy Dep. Tr.) at 204:11-13; Ex. D at 2.

    *c.* Plaintiff assigned his rights in *Big City Knights* and/or *Big City*

*Nights* via the Forfeiture contract to MES. Ex. P (T. Murphy Dep. Tr.) at 29:7-19; Ex. KK (C. Murphy Dep. Tr.) at 203:22-208:4.

Dated: March 19, 2023                    Respectfully submitted,

                                      /s/ *Chad Williams*

                                        Chad Williams
                                        Ryan P. Bisaillon
                                        Chris J. Coulson

                                        Douglas R. Nemec
                                        Anthony P. Biondo
                                        One Manhattan West
                                        New York, NY 10001
                                        Tel: (212) 735-3000
                                        ryan.bisaillon@probonolaw.com
                                        chris.coulson@probonolaw.com
                                        chad.williams@probonolaw.com
                                        douglas.nemec@probonolaw.com
                                        anthony.biondo@probonolaw.com

                                        *Counsel for Defendant Tyriek A. Murphy*